1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA HEARNE, | Case No. 1:13-cv-01823-LJO-SKO |
| Plaintiffs. | **ORDER AFTER SETTLEMENT** |
| v. | |
| AFP ADVANCED FOOD PRODUCTS LL; ADVANCED FOOD PRODUCTS LLC; and DOES 1 through 100, Inclusive, | |
| Defendants. | |

On May 23, 2014, Plaintiff Andrea Hearne ("Plaintiff") filed a Notice of Settlement indicating the parties in this matter have reached a settlement which will effectuate the dismissal with prejudice of all claims in this matter. (Doc. 9.) Plaintiff indicated the parties will complete a Confidential Settlement Agreement and file a Stipulation of Dismissal of all causes of action against all parties with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(ii).

///

Accordingly, pursuant to Local Rule 160 of the United States District Court, Eastern District of California, the Court ORDERS the parties, **by no later than June 30, 2014,** to file appropriate pleadings to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

The Court VACATES all pending matters and dates.  The parties are cautioned that a failure to comply with this order may be grounds for the imposition of sanctions on counsel or any party who violate this order.  *See* Local Rules 160 and 272.

IT IS SO ORDERED.

Dated:   **June 6, 2014**                             **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE