# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRA HEARNE,<br><br>  Plaintiff,<br><br> v.<br><br>AFP ADVANCED FOOD PRODUCTS LLC, ADVANCED FOOD PRODUCTS LLC, AND DOES 1 THROUGH 100,<br><br>  Defendants. | 1:13-CV-1823-LJO-SKO<br><br>ORDER TO DISMISS AND CLOSE ACTION (Doc. 11) |

Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii),[1] this Court:

1.  DISMISSES with prejudice this entire action and all claims;

2.  VACATES all pending dates and matters; and

3.  DIRECTS the clerk to close this action.

IT IS SO ORDERED.

  Dated:  **June 12, 2014**                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

---

[1] The parties request that the case be dismissed "pursuant to FRCP 41(a)(1)." This request will be construed as one for voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) because the parties have filed "a stipulation of dismissal signed by all parties who have appeared."

1